DOOLEY ROBERTS & FOWLER LLP
Suite 201, Orlean Pacific Plaza
865 South Marine Drive
Tamuning, Guam 96913
Telephone No.:(671) 646-1222
Facsimile No.: (671) 646-1223

Attorneys for Plaintiffs
Momoka Ohno, Atsurou Ohno
and Akiko Ohno



IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| MOMOKA OHNO, ATSUROU OHNO, and AKIKO OHNO,<br><br>Plaintiffs,<br><br>vs.<br><br>TRIPLE J RESTAURANT GROUP, INC., dba OUTBACK STEAKHOUSE, OUTBACK INTERNATIONAL, and DOES 1-10,<br><br>Defendants. | CIVIL CASE NO. CIV04-00022<br><br>**NOTICE OF DISMISSAL WITHOUT PREJUDICE [Fed.R.Civ.P. 41(a)(1)(i)]** |

No answer or motion for summary judgment having been filed by any defendant, Plaintiffs voluntarily dismiss the above-entitled action without prejudice pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure.

DOOLEY ROBERTS & FOWLER LLP

Dated: May 19, 2004     By: _____
**THOMAS L. ROBERTS**
Attorneys for Plaintiffs Momoka Ohno,
Atsurou Ohno and Akiko Ohno

F:\Documents\fdiaz\OHNO\District Court Pleadings\Ohno Dismissal.doc